UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE C. (McDONALD) GILPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:11-cv-00204-DML-SEB |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## Judgment

The court having made its entry on March 15, 2012, it is ADJUDGED that the decision of the Commissioner that Stephanie C. Gilpin is not entitled to Supplemental Social Security Income and Disability Insurance Benefits based on her application filed on December 29, 2006, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the court's entry pursuant to 42 U.S.C. § 405(g).

So ORDERED.

Date: __03/15/2012__

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Joseph W. Shull
jshull@joeshull.com